IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 06-cr-00146-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR MARCIAL PALIAN,
2. MAXIMA DOMITILA PALIAN DE AZABAMBA,

    Defendants.

_____

**ORDER**
_____

The court construes defendants' Notices of Disposition as motions to change pleas and to have the court consider the terms of the parties' plea agreement. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. The trial date is vacated as to these two defendants. Counsel shall contact chambers within ten days to set change of plea hearings.

    DATED at Denver, Colorado on June 1, 2006

                                           BY THE COURT:

                                           s/ Walker D. Miller
                                           United States District Judge

PDF FINAL